# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 4, 2015

**By the Court:**

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 15-2069          v. | ] Illinois, Eastern Division.<br>] |
| VILLAGE OF DEERFIELD, et al.,<br>    Defendants-Appellees. | ] No. 1:14-cv-07423<br>]<br>] Elaine E. Bucklo, Judge. |

O R D E R

On consideration of "VILLAGE OF DEERFIELD'S RESPONSE TO JOHN DOE'S MEMORANDUM RESPONSE TO ORDER TO RULE TO SHOW CAUSE" filed by appellee Village of Deerfield on June 3, 2015,

IT IS ORDERED that appellant file, on or before June 11, 2015, a reply to appellee Village of Deerfield's filing.