IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| John Doe, | ) |
| | ) |
|     *Plaintiff-Appellant,* | ) |
| | ) |
|     -vs- | )   No. 15-2069 |
| | ) |
| Village of Deerfield, Illinois, Lisa Batchelder and Gary Zalesny, | ) |
| | ) |
|     *Defendants-Appellees* | ) |

## REPLY TO VILLAGE OF DEERFIELD'S RESPONSE TO ORDER TO SHOW CAUSE

Appellant responds to the two points raised by the Village of Deerfield in its response:

1. The Village asks the Court to decline to apply the collateral order doctrine and dismiss this appeal for lack of jurisdiction. (Response at 2-3.) The Village does not acknowledge that this would create a circuit split: as then District Judge Hamilton observed in *Doe v. Indiana Black Expo, Inc.*, 923 F. Supp. 137, 143 (S.D. Ind. 1996), the Fourth and Fifth Circuits agree that an order refusing to permit a plaintiff to proceed under a pseudonym is immediately appealable under the collateral order doctrine. *See, e.g., James v. Jacobson*, 6 F.3d 233, 237 (4th Cir. 1993); *Southern Methodist University Ass'n v. Wynne & Jaffe*, 599 F.2d 707, 712 (5th Cir. 1979); *Doe v. Stegall*, 653 F.2d 180, 183 (5th Cir. 1981). Although other Circuits have reviewed such rulings through different mechanisms, *Doe v. Frank*, 951 F.2d 320, 322 n. 1(11th Circuit 1992) (appeal under 28 U.S.C. § 1292(b)), *Coe v. United States Dist. Ct.*, 676 F.2d 411, 413 (10th

Cir. 1982) (mandamus), none has adopted the Village's position that the Court may not review the district court's ruling at all.

2. The Village also asks the Court to rule on the merits of appellant's request to proceed as "John Doe." (Response at 3-4.) Counsel do not read the Court's order requiring a response as calling for briefing on the merits. Moreover, the Court should only reach the merits of this appeal if it concludes that it has jurisdiction to decide the merits. *Cf. Browder v. Director, Department of Corrections*, 434 U.S. 257, 264 (1978) (reversing the Seventh Circuit's decision on the merits of case where the court of appeals had stated that "it did not have to consider 'whether there was an untimely appeal.'")

3. Appellant's attorneys of record are unable to respond to the merits of appellant's request to proceed as "John Doe." The matter referred to in the concluding paragraph of the Village's response has created an ethical problem for counsel to continue to advocate for proceeding under a pseudonym. Counsel have been granted leave to withdraw by the district court and, if this Court declines to create a circuit split and allows this appeal to proceed, counsel will seek leave from this Court to withdraw as attorneys for appellant.

             Respectfully submitted,

            /s/ <u>Kenneth N. Flaxman</u>
              Kenneth N. Flaxman
              200 S Michigan Ave, Ste 201
              Chicago, IL 60604
              (312) 427-3200

              *an attorney for appellant*

☑

# CERTIFICATE OF SERVICE
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on __June 11, 2015__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ __Kenneth N. Flaxman__

☐

# CERTIFICATE OF SERVICE
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | c _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/ _____