# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 15, 2015

**By the Court:**

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff-Appellant,<br><br>No. 15-2069              v.<br><br>VILLAGE OF DEERFIELD, LISA<br>BATCHELDER and GARY ZALENSKY,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 1:14-cv-07423<br>]<br>] Elaine E. Bucklo, Judge.. |

O R D E R

On consideration of the papers filed by the parties addressing the issue of appellate jurisdiction,

IT IS ORDERED that this appeal shall proceed to briefing. The briefing schedule is as follows:

1. The plaintiff-appellant shall file his brief and required short appendix on or before July 13, 2015.

2. The defendants-appellees shall file their respective briefs on or before August 12, 2015.

3. The plaintiff-appellant shall file his reply brief, if any, on or before August 26, 2015.

- over -

No. 15-2069                                                                                          Page 2

    Counsel for appellees are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-appellee's brief.  Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel.  See *United States v. Torres*, Nos. 98-1272 et al., slip op. (7th Cir. March 16, 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

    IT IS FURTHER ORDERED that the parties fully address the issue of appellate jurisdiction in their respective briefs, including whether this appeal is moot in light of plaintiff-appellant having filed a second federal lawsuit against the Village of Deerfield under his real name, Case No. 15 cv 4300.

**NOTE:** **Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to cover.  The language in the rule that "[t]he disk contain nothing more than the text of the brief..." means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted.  The parties are advised that Federal Rule of Appellate Procedure 26(c), which allows for three additional days after service by mail, does not apply when the due dates of briefs are set by order of this court.  All briefs are due by the dates ordered.**