# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 15, 2015

**By the Court:**

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff-Appellant, | ] Appeal from the United<br>] States District Court for<br>] the Northern District of |
| No. 15-2069                                v. | ] Illinois, Eastern Division.<br>] |
| VILLAGE OF DEERFIELD, LISA<br>BATCHELDER and GARY ZALENSKY,<br>    Defendants-Appellees. | ] No. 1:14-cv-07423<br>]<br>] Elaine E. Bucklo, Judge.. |

O R D E R

On consideration of the "Response to Order to Show Cause" filed by attorney Kenneth N. Flaxman on May 21, 2015,

IT IS ORDERED that the Rule to Show Cause, which issued on May 18, 2015, is DISCHARGED.