UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

John Doe, )
)
   Plaintiff-Appellant, )
)
v. ) Appeal No. 15-2069
)
Village of Deerfield, Lisa Batchelder )
And Gary Zalesny, )
)
   Defendants-Appellees, )

<u>Motion To Extend Time To File Appellant's Brief In Chief</u>

NOW COMES Appellant, John Doe, for his Motion to Extend Time to File Appellant's Brief in Chief pursuant to Rule 26 of the Federal Rules of Appellate Procedure and Circuit Rule 26 and states that:

   1. This motion is being filed at least seven (7) days before the due date for Appellant to file it's brief. Appellant has not made any prior requests for an extension of time to file it's opening brief.

   2. On June 25, 2015 this Court entered an Order requiring Appellant to file it's brief by no later than July 27, 2015 and Appellees to respond by no later than August 26, 2015, with Appellant's reply due on September 9, 2015.

   3. On July 1, 2015, this Court entered an order stating on the one hand the name of the party who will provide service to Appellant shall be removed, leaving the address for Appellant intact. On the other hand, the same order directs the Clerk to restrict public access to the renewed motion to withdraw and the objection thereto both of which include the above "removed" address. Thus, Appellant hasn't provided his address herein assumes this Court intended the procedure for service

1

upon Appellant be that Clerk will mail all ECF filings to Appellant using the address heretofore restricted.

4. Appellant seeks an extension of time to file his opening brief, in part, because present information reveals no reported decision permitting the use of a pseudonym wherein the underlying case was expunged pursuant to state statute. Accordingly, additional time is necessary to research this point of law.

5. Appellant acknowledges being held to the same standard as a bar member. However, that standard does not prohibit this Court from exercising its discretionary authority to equitably permit Appellant, for cause shown, additional time to file a conforming brief in substance and form due to a lack of prior federal appellate experience including budgeting time to write a cogent and conforming brief that's printed and bound in accordance with the Rules. Moreover, as a non-ECF filer, Appellant's time is somewhat shortened by having to arrange the receipt of Appellant's filings by personal delivery versus the benefit of an ECF filing.

6. On June 24, 2015, Appellant's former counsel (Flaxman) filed a renewed motion to withdraw.

7. Flaxman knew his withdrawal would cause prejudice to Appellant because he knew Appellant hasn't recovered from an auto accident occurring on April 15, 2015 leaving Appellant unable to file a conforming brief in the allotted time.

8. Appellant has been diligent in preparing its brief despite the limitations imposed upon him as aforesaid.

9. Appellant is unaware of any prejudice Appellees could sustain particularly because no counterclaim was filed in the District Court.

10. Appellant is not bringing this motion for purposes of delay or harassment.

11. It's not unreasonable to extend the date for Appellant to file it's opening brief by thirty days from the granting of this motion with all deadlines to file a Response and Reply being extended by same amount of time as originally allowed.

Wherefore, Appellant prays for an Order extending the time to file it's Brief in Chief from July 27, 2015 through and including August 28, 2015 and the deadline for Appellees Response and Appellant's Reply briefs to be extended by the amount of time originally allotted or 30 days and 14 days, respectively.

Respectfully Submitted,

By: *[signature]*
John Doe

John Doe
Appellant-Pro Se
Address Redacted
Under Order Dated 7-1-2015
224-223-6105

State of Illinois )
                )SS
Cook County   )

### Affidavit of John Doe

1. Affiant deposes and states that if called to testify in this matter I could and would competently and truthfully testify to the matters averred herein.

2. Affiant is the named-Appellant in the appeal attached to this Affidavit.

3. Affiant is over 18 years of age.

4. Affiant has not made any prior requests to extend the time to file Appellant's brief in this case.

I declare, certify and/or state under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2015

_____
John Doe

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| John Doe, | ) |
| | ) |
|   Plaintiff-Appellant, | ) |
| | ) |
| v. | )   Appeal No. 15-2069 |
| | ) |
| Village of Deerfield, Lisa Batchelder | ) |
| And Gary Zalesny, | ) |
| | ) |
|   Defendants-Appellees, | ) |

U.S.C.A. - 7th Circuit
RECEIVED

JUL 2 0 2015

GINO J. AGNELLO
CLERK

Notice of Filing

To: Village of Deerfield, c/o Ancel, Glink, 140 S. Dearborn Street, Suite 600, Chicago, Illinois 60603
Roberto Habib, 77 West Washington, Chicago, Illinois 60602

PLEASE TAKE NOTICE on July 21, 2015 the undersigned filed the instant Notice of Filing and related Motion To Extend Time in the above-named Court.

Respectfully Submitted,

By: _John Doe_
John Doe

John Doe
Appellant
Address Redacted Per Court Order of 7-1-2015

Certification of Service

I, John Doe, certify I filed the instant Notice of Filing and related Motion to Extend Time consisting of 5 pages with the above-named Clerk of Court and successfully faxed a copy of all of said pages to each of the above by faxing them to ___ and ___ and the transmission to both were successful.     312-673-2110

_John Doe_
John Doe